UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Marjorie Sherise Fisher          Chapter 13
                                                 Case No. 25-11960-PMM

    Debtor

_____

## **NOTICE OF APPEARANCE**

      Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Ally Bank, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: October 23, 2025

                                                                 Respectfully Submitted,

                                                                 */s/Eliza Garifullina*_____
                                                                 Eliza Garifullina, Esq. PA 336983
                                                                 Michele M. Bradford, Esq. PA 69849
                                                                 Orlans Law Group PLLC
                                                                 Attorney for Ally Bank
                                                                200 Eagle Road, Bldg 2, Suite 120
                                                                Wayne, PA 19087
                                                                (484) 367-4191
                                                                Email: egarifullina@orlans.com
                                                                mbradford@orlans.com
                                                                File Number: 25-013947