UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Marjorie Sherise Fisher              Chapter 13
                                                       Case No. 25-11960-PMM

    Debtor

## CERTIFICATE OF SERVICE

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on October 23, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: October 23, 2025

                                                           Respectfully Submitted,

                                                           */s/Eliza Garifullina*
                                                           Eliza Garifullina, Esq. PA 336983
                                                           Michele M. Bradford, Esq. PA 69849
                                                           Orlans Law Group PLLC
                                                           Attorney for Ally Bank
                                                           200 Eagle Road, Bldg 2, Suite 120
                                                           Wayne, PA 19087
                                                           (484) 367-4191
                                                           Email: egarifullina@orlans.com
                                                           mbradford@orlans.com
                                                           File Number: 25-013947

<u>VIA US MAIL</u>

Marjorie Sherise Fisher, Debtor
22 Johns Rd
Cheltenham, PA 19012

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee