UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>MARJORIE SHERISE FISHER<br><br>　　　　Debtor | Chapter 13<br>Case No. 25-11960-PMM |
| ALLY BANK<br><br>　　　　Movant<br><br>v.<br><br>MARJORIE SHERISE FISHER<br>　　　(Debtor)<br><br>KENNETH E. WEST<br>　　　(Trustee)<br><br>　　　　Respondents | Doc. No. 19<br><br>Hearing Date: November 04, 2025 @ 01:00pm |

## ALLY BANK'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES Creditor, Ally Bank, by and through its attorneys, Orlans Law Group PLLC, and hereby Objects to Confirmation as follows:

1. On May 16, 2025, the Debtor(s) filed a voluntary petition seeking relief under Chapter 13 of the United States Bankruptcy Code.

2. On the Petition Date, the Debtor(s) were in possession of a 2020 Kia Forte VIN No. 3KPF24AD6LE143009 (the "Vehicle") and indebted to Ally Bank (the "Creditor") in the amount of $14,737.36 (plus fees, costs, and interest) for this Vehicle.

3. The Vehicle was purchased on a Retail Installment Sale Contract Simple Finance Charge (the "Contract").

4. On September 16, 2025, the Debtor(s) filed a Chapter 13 plan (the "Plan").

5. The Plan as proposed cannot be confirmed for the following reasons:

a) The Creditor is not adequately protected pursuant to 11 U.S.C. § 1326 as the Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. § 1326(a)(4).

b) Per JD Power, the value of the Vehicle is $14,125.00. The Plan undervalues the Vehicle at $4,436.00. Moreover, the Debtor has not proffered the valuation or formula used to arrive at a value of $4,436.00. Creditor is entitled to payment of $14,125.00, the full value of the vehicle. *See* POC 7-1.

WHEREFORE, Ally Bank, by and through its attorneys, objects to confirmation of the Debtor's proposed Chapter 13 Plan, and prays that Confirmation be denied and the case be dismissed, or, in the alternative, that this Chapter 13 case be converted to a Chapter 7 case pursuant to 11 USC §1307(c).

Date: October 28, 2025

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, 69849
Orlans Law Group PLLC
Attorneys for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
File Number: 25-013947