UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

MARJORIE SHERISE FISHER

     Debtor

Chapter 13
Case No. 25-11960-PMM

ALLY BANK

     Movant

v.

MARJORIE SHERISE FISHER
     (Debtor)

KENNETH E. WEST
     (Trustee)

     Respondents

## **ORDER**

AND NOW, this _____ day of _____ 20__, upon consideration of the Debtor's Chapter 13 Plan, and the Objection of Ally Bank to Debtor's Chapter 13 Plan, and after hearing, it is hereby

ORDERED that the confirmation of Debtor's Chapter 13 Plan is DENIED.

BY THE COURT:

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge