UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>MARJORIE SHERISE FISHER<br><br>　　　Debtor | Chapter 13<br>Case No. 25-11960-PMM |
| ALLY BANK<br><br>　　　Movant<br><br>v.<br><br>MARJORIE SHERISE FISHER<br>　　(Debtor)<br><br>KENNETH E. WEST<br>　　(Trustee)<br><br>　　　Respondents | Doc. No. 19<br><br>Hearing Date: November 04, 2025 @ 01:00 PM |

### **CERTIFICATE OF SERVICE**

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on October 28, 2025, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: October 28, 2025

                Respectfully Submitted,

                */s/Eliza Garifullina*_____
                Eliza Garifullina, Esq. PA 336983
                Michele M. Bradford, Esq. PA 69849
                Orlans Law Group PLLC
                Attorney for Ally Bank
                200 Eagle Road, Bldg 2, Suite 120
                Wayne, PA 19087
                (484) 367-4191
                Email: egarifullina@orlans.com
                mbradford@orlans.com
                File Number: 25-013947

<u>VIA US MAIL</u>

Marjorie Sherise Fisher, Debtor
22 Johns Rd
Cheltenham, PA 19012

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee

United States Trustee Esq., U.S. Trustee