## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | |
|---|---|
| IN RE:<br><br>MARJORIE SHERISE FISHER<br><br><br>Debtor | CASE NO. 25-11960-PMM<br><br>CHAPTER 13 |

**STIPULATION RESOLVING ALLY BANK'S OBJECTION TO CONFIRMATION**

THIS CASE came before the Court on the Debtor's First Amended Chapter 13 Plan (Doc. No. 19) and Ally Bank's subsequent Objection to Confirmation (hereinafter "Creditor") (Doc. No. #23).  This Court being advised that Creditor and Debtor agree as follows:

A. Agreement of the parties regarding the Debtor's personal property (the 'Personal Property") more particularly described as follows: **2020 Kia Forte - VIN 3KPF24AD6LE143009**

1. Parties have agreed to the Personal Property valuation of $9,377.74 at 9.50% interest.

2. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

Agreed on November 20, 2025
Agreed By:

| | |
|---|---|
| /s/Eliza Garifullina | /s/Michael A. Cibik |
| Eliza Garifullina, Esquire | Michael A. Cibik, Esquire |
| Orlans Law Group PLLC | Cibik Law, P.C |
| 200 Eagle Road, Suite 120 | 1500 Walnut Street, Suite 900 |
| Wayne, PA 19087 | Philadelphia, PA 19102 |
| 813-278-0591 | 215-735-1060 |
| Email: egarifullina@orlans.com | Email: help@cibiklaw.com |
| Counsel to Creditor | Counsel to Debtor |