UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | |
|---|---|
| IN RE:<br><br>MARJORIE SHERISE FISHER<br><br>Debtor | Chapter 13<br>Case No. 25-11960-PMM |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>MARJORIE SHERISE FISHER<br>(Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

**ORDER**

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

BY THE COURT,

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge