UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | |
|---|---|
| IN RE: | |
| MARJORIE SHERISE FISHER | Chapter 13 |
| | Case No. 25-11960-PMM |
| Debtor | |
| ALLY BANK | |
| Movant | |
| v. | |
| MARJORIE SHERISE FISHER<br>(Debtor) | |
| KENNETH E. WEST<br>(Trustee) | |
| Respondents | |

**<u>ORDER</u>**

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

BY THE COURT,

**Date: November 24, 2025**

_Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge