# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marjorie Sherise Fisher,<br><br>*Debtor*. | Case No. 25-11960-PMM<br>Chapter 13 |

## CERTIFICATION OF SERVICE

    I, Michael A. Cibik, certify that on March 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 9, 2026

                                                        /s/ Michael A. Cibik
                                                        Michael A. Cibik (#23110)
                                                        Cibik Law, P.C.
                                                         1500 Walnut Street, Suite 900
                                                         Philadelphia, PA 19102
                                                         215-735-1060
                                                          mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Ally Financial**
200 RENAISSANCE CTR # B0
DETROIT, MI 48243

**Method of Service - First Class Mail:**

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

DEPT OF EDUCATION/NELN
121 S 13TH ST
LINCOLN, NE 68508

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMCB - CARD SERVICE
PO BOX 15369
WILMINGTON, DE 19850

**Morgan Properties**
160 Clubhouse Rd
King of Prussia, PA 19406

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Pennsylvania Turnpike Commission**
300 East Park Drive
Harrisburg, PA 17111

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Police & Fire Federal Credit Union
3333 Street Rd
Bensalem, PA 19020-2051

**TD BANK USA/TARGETCRED**
PO BOX 673
MINNEAPOLIS, MN 55440

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice Attorney General**
PO Box 683
Washington, DC 20044-0683

**US DEPT OF ED/GLELSI**
PO BOX 7860
MADISON, WI 53707