United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-11960-pmm

Marjorie Sherise Fisher                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 3

Date Rcvd: Apr 21, 2026                     Form ID: 155                              Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Marjorie Sherise Fisher, 22 Johns Rd, Cheltenham, PA 19012-1420 |
| 15064146 | + | Ally Bank, c/o Eliza Garifullina, Esq, 200 Eagle Road, Bldg 2, Ste 120, Wayne, PA 19087-3115 |
| 15009447 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15009451 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15009456 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15009438 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 22 2026 01:39:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR # B0, DETROIT, MI 48243-1300 |
| 15023939 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2026 01:46:11 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15030934 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2026 01:46:11 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15009439 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2026 01:46:11 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 15009440 | | Email/Text: megan.harper@phila.gov | Apr 22 2026 01:39:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15009441 | | Email/Text: bankruptcy@philapark.org | Apr 22 2026 01:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15009442 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2026 01:45:59 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15009443 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 22 2026 01:39:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 15009444 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2026 01:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15009445 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2026 01:45:59 | JPMCB - CARD SERVICE, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 15024220 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 22 2026 01:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15032180 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Apr 21, 2026 | Form ID: 155 | Total Noticed: 28

| | | | |
|---|---|---|---|
| | | Apr 22 2026 01:45:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15009448 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2026 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15009449 | ^ MEBN | Apr 22 2026 01:38:53 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15009450 | ^ MEBN | Apr 22 2026 01:38:49 | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15009452 | Email/Text: bankruptcy@philapark.org | Apr 22 2026 01:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15009453 | + Email/Text: bankruptcy1@pffcu.org | Apr 22 2026 01:39:00 | Police & Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 15021268 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2026 01:45:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15009454 | + Email/Text: bncmail@w-legal.com | Apr 22 2026 01:39:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 15009455 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 22 2026 01:39:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15022237 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 22 2026 01:39:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15009457 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 22 2026 01:39:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 15027967 | + Email/PDF: ebn_ais@aisinfo.com | Apr 22 2026 01:45:59 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID | Bypass Reason | Name and Address**
15009446 | ##+ | Morgan Properties, 160 Clubhouse Rd, King of Prussia, PA 19406-3300

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Apr 21, 2026

Form ID: 155

Total Noticed: 28

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| ELIZA GARIFULLINA | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marjorie Sherise Fisher help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    )

    Marjorie Sherise Fisher     )          Case No. 25–11960–pmm

                    )

                    )

    Debtor(s).             )          Chapter: 13

                    )

                    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 21, 2026                For The Court

                                        Patricia M. Mayer
                                        Judge, United States Bankruptcy Court